A00A1781. JOHNSON v. NELSON-RIVES REALTY, INC.
(538 SE2d 536)

PHIPPS, Judge.

Landlord Nelson-Rives Realty, Inc. brought this action to dispossess its tenant Johnson because of his failure to pay rent. Nelson-Rives also sought judgment for past due rent in the amount of $1,900 and future rent accruing at the rate of $15 per day. Johnson answered denying that he owed any rent, and he filed a counterclaim seeking to recover $4,000 expended by him as a result of Nelson-Rives's failure to repair the property. Following trial, the court entered judgment granting Nelson-Rives a writ of possession and dismissing Johnson's counterclaim with prejudice.

Johnson has filed a pro se appeal. His appellate brief consists of the following statements: "My landlord failed to repair the property. And I did some of the repair on the property so this has lowered the rent claimed. Work cost $3000.00." Johnson's brief contains no citations to the record, as there is no transcript of the trial. We must

therefore assume that the judgment is correct and affirm.[1] Because no reasonable grounds for a reversal have been presented, and because it appears that this appeal was taken solely for the purposes of delaying Nelson-Rives's recovery of the property and allowing Johnson to remain in possession without paying rent, we grant Nelson-Rives's motion for imposition of a $1,000 penalty for frivolous appeal.[2] Such penalty shall constitute a money judgment in favor of Nelson-Rives against Johnson.[3]

*Judgment affirmed. Johnson, C. J., and Smith, P. J., concur.*

DECIDED AUGUST 22, 2000.

Hoke Johnson, *pro se.*
*Joanna M. Campbell, William S. Dominy*, for appellee.

---

[1] *Reid v. Royal Creek Apts. L.P.*, 239 Ga. App. 536, 537 (521 SE2d 210) (1999).
[2] See *JarAllah v. American Culinary Federation*, 242 Ga. App. 595, 596 (3) (529 SE2d 919) (2000); OCGA § 5-6-6; Court of Appeals Rule 15 (b).
[3] Court of Appeals Rule 15 (c).